

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:            01-13-00140-CR

Trial Court Cause
Number:                  1288928

Style:                   James Agbeze

                         v. The State of Texas

Date motion filed\*:     August 25, 2014

Type of motion:          Rule 47.2(b) Motion to change notation

Party filing motion:     Appellant, James Agbeze

Ordered that motion is:

☐  Granted

☒  Denied

> Pursuant to Rule 47.2(b), an appellate court "must not change the notation after the Court of Criminal Appeals has acted on any party's petition for discretionary review or other request for relief." Appellant moved for an extension, which was granted by the Texas Court of Criminal Appeals on August 26, 2014. Consistent with the Rule 47.2(b) mandate, the designation of this Court's opinion will not be changed from a memorandum opinion to an opinion.

Judge's signature: /s/ Harvey Brown
                   ☒  Acting individually        ☐  Acting for the Court

Panel consists of  Chief Justice Radack and Justices Higley and Brown

Date:  September 23, 2014